# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: <br><br> WILSON ANDRADE, <br><br> Debtor. | Chapter 13 <br><br> Case No. 16-12449-FJB |
| WILSON ANDRADE, <br><br> Plaintiff, <br><br> v. <br><br> DITECH FINANCIAL LLC, <br><br> Defendant. | Adv. Pro. No. 18-01020-FJB |

## ASSENTED MOTION TO EXTEND SCHEDULING AND PRETRIAL ORDER

Now comes the Defendant, Ditech Financial LLC ("Ditech"), and respectfully requests that deadline for conducting the Fed. R. Civ. P. 26(f) conference be extended for a period of thirty (30) days from October 23, 2018 to November 23, 2018. In support thereof, Ditech states the following:

1. The Court issued a Scheduling and Pretrial Order on October 2, 2018 which required the parties to conduct a Rule 26(f) conference on or by October 23, 2018.

2. The Debtor's Chapter 13 case (No. 16-12449) was dismissed on October 18, 2018.

3. The basis for filing the Adversary Proceeding and Debtor's claims therein relate to Ditech's Proof of Claim filed in the now-dismissed Chapter 13.

4. In light of the dismissal of the underlying Chapter 13 case and the uncertainty of whether this Adversary Proceeding will proceed, the parties agree to a 30-day extension of the Rule 26(f) conference, and a 30-day extension of all other discovery and pretrial deadlines as currently set forth in the Scheduling and Pretrial Order issued on October 2, 2018.

5. The Plaintiff, Wilson Andrade, assents to the filing of this Motion.

Respectfully Submitted:                                    Dated: October 23, 2018

Ditech Financial LLC
By Its Attorney,

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
BBO#: 655936
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (Boston)**

| In Re:<br>Wilson Andrade | Case Number 16-12449<br>Chapter 13 |
|---|---|
| Wilson Andrade<br>       Plaintiff<br>v.<br><br>Ditech Financial LLC<br>       Defendant | Adversary Proceeding<br>No. 18-1020 |

## CERTIFICATE OF SERVICE

I, Julie A. Ranieri, Attorney for **Ditech Financial LLC** hereby certify that on October 23, 2018 I electronically filed the foregoing *Certificate Regarding Duty to Preserve Evidence* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CF/ECF participants;

Alexis A. Leventhal, Esq.

**I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:**

Wilson Andrade
99A Linwood Ave.
Melrose, MA 02176

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
BBO#: 655936
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com